IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| **MELINDA SCOTT, ET AL.,** | )<br>)<br>) |
| Plaintiffs, | ) Case No. 2:18CV45<br>) |
| v. | ) **ORDER**<br>) |
| **WISE COUNTY HOUSING AUTHORITY (WCHA),** | ) By: James P. Jones<br>) United States District Judge<br>) |
| Defendant. | ) |

For the reasons stated in the accompanying Opinion, it is **ORDERED** as follows:

1. The Application to Proceed without Prepayment of Fees or Costs is GRANTED;

2. The case is DISMISSED without prejudice;

3. The Clerk shall place the pleadings filed by the plaintiff under seal; and

4. The Clerk shall close the case.

ENTER:  November 21, 2018

United States District Judge